**Order entered May 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00472-CV

## IN RE FOREX CAPITAL MARKETS, LLC, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00075-2014**

## ORDER

The Court has before it relator's petition for writ of mandamus. In addition to this petition, relator has previously filed an interlocutory appeal, which it has moved to consolidate with the petition for writ of mandamus. We **GRANT** the motion and **CONSOLIDATE** this original proceeding, No. 05-14-00472-CV, styled *In re Forex Capital Markets, LLC,* with and under the appellate cause, No. 05-14-00341-CV, styled *Forex Capital Markets, LLC v. Kelly M. Crawford.* The Court **ORDERS** the Clerk of the Court to remove all documents from file No. 05-14-00472-CV and to refile them in cause No. 05-14-00341-CV and to treat No. 05-14-00472-CV as a closed case. The Court **ORDERS** that all future pleadings be filed in cause No. 05-14-00341-CV.

Appellee/real party in interest Kelly M. Crawford and respondent may file, in cause No. 05-14-00341-CV, a response to the petition for writ of mandamus, if desired, on or before May

27, 2014.  Appellant/relator Forex Capital Markets, LLC may file a single, consolidated reply to the briefs of appellee/real party in interest Kelly M. Crawford with respect to the interlocutory appeal and the petition for writ of mandamus and to any brief filed by respondent with respect to the mandamus on or before June 16, 2014.

/s/     DAVID EVANS
JUSTICE